UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA SYRETTE,<br><br>    Plaintiff,<br>v.<br>TROPICANA LAS VEGAS, INC., et al.,<br><br>    Defendants. | Case No. 2:18-cv-00441-JAD-PAL<br><br>ORDER<br><br>(Mot Demand Security Costs – ECF No. 7) |

Before the court is defendant Tropicana Las Vegas, Inc.'s Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 7). The motion requests that plaintiff, a non-resident of this state, post a cost bond pursuant to NRS 18.130(1).

Having reviewed and considered the matter,

**IT IS ORDERED** that defendant Tropicana Las Vegas, Inc.'s Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 7) is **GRANTED**, and plaintiff Patricia Syrette shall post a cost bond in the amount of $500.00 with the clerk of the court, or make a cash deposit of $500.00 with the clerk of the court no later than 30 days from the entry of this order.

DATED this 8th day of May, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1